## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUN WOOK PARK, JAE HONG LIM, and JAE YUN LIM<br><br>23 N Summit Street, Unit2 Tenafly, NJ. 07670<br><br>**Plaintiffs,**<br><br>    vs.<br><br>KIRSTJEN M. NIELSEN, Secretary of Homeland Security Washington, DC  20528<br><br>L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services 20 Massachusetts Avenue, N.W. Washington, DC 20529<br><br>GREGORY RICHARDSON, Director of the USCIS's Texas Service Center. 4141 N St Augustine Dr, Dallas, TX 75227<br><br>    **Defendants.** | Case No.:<br><br>COMPLAINT |

# COMPLAINT

## DESCRIPTION OF ACTION

1. This complaint is brought by Sun Wook Park, Jae Hong Lim, and Jae Yun Lim against the Defendants to compel a decision on their Applications for Adjustment of Status, which have been pending with the defendants for over 29 months

## JURISDICTION

2. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiffs are citizens and nationals of the Republic of Korea who are currently residing at 3 N Summit Street, Unit2 Tenafly, NJ 07670. Their "alien numbers" are A209356340, A209366950, and A209366951.

4. The defendant, KIRSTJEN M. NIELSEN, is the Secretary of Homeland Security, and as such has the authority to adjudicate Applications for Adjustment of Status. She resides for official purposes in the District of Columbia.

5.   The defendant, L. FRANCIS CISSNA, is the Director of the United States Citizenship and Immigration Services (USCIS), the agency within the Department of Homeland Security which adjudicates Applications for Adjustment of Status. He resides for official purposes in the District of Columbia.

6. The defendant, GREGORY RICHARDSON, is the Director of the USCIS's Texas Service Center where Sun Wook Park, Jae Hong Lim, and Jae Yun Lim's Applications for Adjustment of Status are currently pending, and has immediate responsibility for their adjudication. He resides for official purposes in the State of Texas.

## **BRIEF STATEMENT OF RELEVANT FACTS**

7. On October 26, 2016, Applications for Adjustment of Status were filed upon Sun Wook Park, Jae Hong Lim, and Jae Yun Lim's behalf with the United States Citizenship and Immigration Services, and were assigned File Number LIN1701750569, LIN1701750601, and LIN1701750589.

8. Ms. Park and her children, Jae Hong Lim and Jae Yun Lim, were interviewed by the USCIS on September 1, 2017. Since then, despite multiple inquiries upon their behalf, no further action has been taken upon any of their applications.

9. As of today, their Applications for Adjustment of Status remain under the jurisdiction of GREGORY RICHARDSON and unadjudicated.

## **COUNT I**

10. Defendant KIRSTJEN M. NIELSEN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, are each and all officers or employees of the United States and the Department of Homeland Security.

11. Defendant KIRSTJEN M. NIELSEN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, each and all owe a duty to the Plaintiffs, Sun Wook Park, Jae Hong Lim, and Jae Yun Lim, to adjudicate their Applications for Adjustment of Status within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and

necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

12. According to the USCIS's own website, current processing times for Forms I-485 at the Texas Service Center is 10 to 24 months.

13. Further, 8 U.S.C. § 1571(b) provides that: "It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application, except that a petition for a nonimmigrant visa under section 214(c) of the Immigration and Nationality Act [8 USCS § 1184(c)] should be processed not later than 30 days after the filing of the petition."

14. Accordingly, the over 29 months in which these Applications for Adjustment of Status have been pending with Defendant KIRSTJEN M. NIELSEN, Secretary of Homeland Security, Defendant L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and Defendant GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, is well beyond that which these officers or employees reasonably require to adjudicate it.

15. This Court has authority under 28 U.S.C. § 1361 to compel KIRSTJEN M. NIELSEN, L. FRANCIS CISSNA, GREGORY RICHARDSON to perform a duty owed to the Plaintiffs.

16. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court compel Defendants KIRSTJEN M. NIELSEN, Secretary of Homeland Security, L. FRANCIS CISSNA, Director of the United States Citizenship and Immigration Services, and GREGORY RICHARDSON, Director of the United States Citizenship and Immigration Services' Texas Service Center, to adjudicate Sun Wook Park, Jae Hong Lim, and Jae Yun Lim's Applications for Adjustment of Status forthwith, and to take such other action as it deems appropriate.

Respectfully submitted,

Dated:04/03/2019

S/ Michael E. Piston
Michael E. Piston MI002
Attorney for the Plaintiffs
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com